IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

NATASHA RICHARDSON, *et al.*,  :
        Plaintiffs,  :
        :
   v.  :   Civil No. 2:18-cv-01758-JMG
        :
BARBOUR, *et al.,*  :
        Defendants.  :

_____

### ORDER

**AND NOW** on this 19th day of August, 2020, upon consideration of Defendants' Motions to Dismiss, ECF Nos. 45-49, and in accordance with the accompanying memorandum opinion and the reasons explained therein, **IT IS HEREBY ORDERED** as follows:

1. The Court retroactively **GRANTS** Plaintiffs leave to file the Second Amended Complaint.

2. The Motions to Dismiss Count I (excessive force and false arrest under Section 1983 of the Civil Rights Act) are **DENIED**.

3. The Motions to Dismiss Count II are **GRANTED**. The *Monell* claims in Count II are **DISMISSED with prejudice** and the Municipal Defendants are each **DISMISSED with prejudice**. The entities dismissed are Clifton Heights Borough, Tinicum Township, Upper Darby Township, Haverford Township, and Darby Borough.

4. The Motions to Dismiss Count III (assault and battery) are **DENIED**.

5. The Motions to Dismiss Count IV (intentional infliction of emotional distress) are **GRANTED in part and DENIED in part**. Plaintiffs Natasha Richardson, Tyree Thomas, and Tymeer Thomas's claims under Count IV are **DISMISSED with prejudice**. The Motions are **DENIED** as to the claims under Count IV alleged by Plaintiff Tysheem Thomas.

6. The statute of limitations and qualified immunity defenses are **DENIED without prejudice**.

                                              BY THE COURT:

                                              */s/ John M. Gallagher*
                                              JOHN M. GALLGHER
                                              United States District Court Judge